ACCEPTED
03-14-00735-CV
6686054
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/27/2015 3:21:56 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00735-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/27/2015 3:21:56 PM
JEFFREY D. KYLE
Clerk

ENTERGY TEXAS, INC., ET AL.,
Appellants

v.

PUBLIC UTILITY COMMISSION OF TEXAS, ET AL.,
Appellees

UNOPPOSED JOINT MOTION FOR ADDITIONAL
TIME TO PRESENT ORAL ARGUMENT

TO THE HONORABLE THIRD COURT OF APPEALS:

All parties to this case, including the Office of Public Utility Counsel ("OPUC"), Texas Industrial Energy Consumers ("TIEC"), the Public Utility Commission of Texas (the "Commission"), and Entergy Texas, Inc. ("ETI") jointly file this motion for additional time to present oral argument. In support of the motion, the parties show as follows:

This case arises from a suit for judicial review of a final order of the Commission. Three separate parties have appealed the district court's judgment: ETI, the Commission, and OPUC. Each appellant presents distinct issues that do not overlap those asserted by other appellants. Moreover, ETI, the Commission, and TIEC have filed appellee briefs in this case. The parties in their appellee capacities are not uniformly aligned on the issues. That is, some disagree with

other appellees about how issues should be resolved.  These unique circumstances present a challenge to the efficient presentation of oral argument, especially in keeping with the Court's usual time limits and order of argument.

The parties have conferred and propose the following time limits:

ETI – 19 minutes total
Commission – 14 minutes total
OPUC – 7 minutes total
TIEC – 6 minutes total

Additionally, the parties propose the following order of presentation:

I.     Appellant Arguments
       A.     ETI
       B.     OPUC
       C.     Commission

II.    Appellee Arguments
       A.     Commission (continuing at podium)
       B.     TIEC
       C.     ETI

III.   Rebuttal Arguments (limited to issues presented as appellants only)
       A.     ETI (continuing at podium)
       B.     OPUC
       C.     PUCT

Finally, the parties propose advising the Court how many minutes they wish to reserve for their appellee/rebuttal arguments after the case is called on the day of oral argument.

This proposal differs from the Court's usual procedures as minimally as possible while still giving the parties a chance to address the multiple, distinct

2

issues presented by the three separate appeals in this case. The proposal attempts to minimize to the limited extent possible the number of times counsel change during argument. The parties worked diligently to minimize the amount of additional time requested. To that end, this request contemplates that the parties will need only six minutes more to address three distinct appeals than parties in single appeals traditionally have to argue a case.

Accordingly, OPUC, TIEC, the Commission, and ETI respectfully request this Court grant an additional six minutes of argument time, for a total of 46 minutes, at the oral argument scheduled for this case. The parties further seek any other relief to which they may show themselves justly entitled.

Respectfully submitted,

*/s/ Sara J. Ferris*
Tonya Baer
Public Counsel
State Bar No. 24026771
Sara J. Ferris
Senior Assistant Public Counsel
State Bar No. 50511915
sara.ferris@opuc.texas.gov
1701 N. Congress Ave., Ste. 9-180
P.O. Box 12397, Capitol Station
Austin, Texas 78711-2397
(512) 936-7500
(512) 936-7525 *fax*

**ATTORNEYS FOR**
**OFFICE OF PUBLIC UTILITY COUNSEL**

3

*/s/ Rex D. VanMiddlesworth*

Rex D. VanMiddlesworth
State Bar No. 20449400
rexvanm@tklaw.com
Benjamin Hallmark
State Bar No. 24069865
Thompson Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin TX  78701
(512) 469-6100
(512) 469-6180 *fax*

**ATTORNEYS FOR TEXAS INDUSTRIAL
ENERGY CONSUMERS**


*/s/ Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling
Assistant Attorney General
State Bar No. 19171100
elizabeth.sterling@texasattorneygeneral.gov
Environmental Protection Division
**OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012
(512) 457-4616 *fax*

**ATTORNEYS FOR THE PUBLIC UTILITY
COMMISSION OF TEXAS**

_/s/ Marnie A. McCormick_

Marnie A. McCormick
State Bar No. 00794264
mmccormick@dwmrlaw.com
**DUGGINS WREN MANN & ROMERO, LLP**
P. O. Box 1149
Austin, Texas 78767-1149
(512) 744-9300
(512) 744-9399 _fax_

**ATTORNEYS FOR APPELLANT
ENTERGY TEXAS, INC.**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for each of the parties identified above, and they agree to this motion.

_/s/ Marnie A. McCormick_

Marnie A. McCormick

5

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court, and that a true and correct copy was served on the following lead counsel for all parties via electronic service on the 27th day of August, 2015:

Elizabeth R. B. Sterling
Environmental Protection Division
Office of the Attorney General
P. O. Box 12548 (MC 066)
Austin TX 78711-2548
*Counsel for Appellee Public Utility Commission of Texas*

Rex D. VanMiddlesworth
Benjamin Hallmark
Thompson Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin TX 78701
*Counsel for Intervenor Texas Industrial Energy Consumers*

Katherine Farrell
Administrative Law Division
Office of the Attorney General
P. O. Box 12548
Austin TX 78711-2548
*Counsel for Intervenor State Agencies*

Sara Ferris
Office of Public Utility Counsel
1701 N. Congress Ave., Ste. 9-180
P. O. Box 12397
Austin TX 78711-2397
*Counsel for Intervenor Office of Public Utility Counsel*

*/s/ Marnie A. McCormick*
Marnie A. McCormick